Form NMDap

# UNITED STATES BANKRUPTCY COURT
*for the*
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Sanchez RE LLC, Debtor(s). | Case No.: 20–30168 |
| | Chapter: 7 |
| Sanchez RE LLC, Plaintiff(s) | Adversary No. 20–03013 |
| vs. | |
| Anchor Loans LP, Defendant(s). | |

## ORDER AND NOTICE OF MISSING DOCUMENTS OR UNPAID FEES IN ADVERSARY PROCEEDING

According to the court's records, at the time of filing the complaint on 4/20/20, it appears that the above–named Plaintiff(s) did not file the required documents or, if applicable, pay the appropriate filing fee as indicated below:

☒ Adversary Cover Sheet

☐ Failure to Pay Filing Fee of $350.00

☐ Other:

IT IS ORDERED that the Plaintiff(s) file the documents and/or pay the required filing fee within fourteen (14) days. Failure to comply within 14 days could result in the complaint being dismissed for lack of prosecution.

Dated: 4/20/20            By the Court:

                          Hannah L. Blumenstiel
                          United States Bankruptcy Judge

Case: 20-03013    Doc# 4    Filed: 04/20/20    Entered: 04/20/20 17:30:30    Page 1 of 1